IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT CLAUSS, <br><br> Plaintiff, <br><br> vs. <br><br> LEGEND SECURITIES, INC., <br><br> Defendant. | No. 13-cv-00381 <br><br><br><br> **STIPULATION TO DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, Robert Clauss, and Defendant, Legend Securities, Inc., by and through their respective counsel of record and stipulate to the dismissal of this matter with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) with each party bearing their own court costs and attorney fees.

Dated this 22nd day of June 2015.

_____
David A. Morse
ROSENBERG & MORSE
Insurance Exchange Building, Suite 1010
505 Fifth Avenue
Des Moines, IA 50309
Telephone: 515-243-7600
Fax: 515-243-0583
Email: morse@rosenbergmorse.com
ATTORNEYS FOR PLAINTIFF

_____
Christian P. Walk  AT0009565
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Fax: 515-283-8045
E-mail: cpwalk@nyemaster.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record, David A. Morse and Christian P. Walk.

_____
David A. Morse